Rochester, New York
January 9, 2004
Before Hon. Marian W. Payson

**Dancorp Investors, Inc. vs King Par Golf Inc. 02-CV-6012CJS**

Neal Slifkin, Esq. for plaintiff; James Kole, Esq., Marshal MacFarland, Esq. and Michael Wolford, Esq. for defendant

Plaintiff's motion to compel (#34) - submitted without appearances.