UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DANCORP INVESTORS, INC.,

                Plaintiff,

v.

KING PAR GOLF INCORPORATED
dba Knight Golf Company,

                Defendant.



RECEIVED JAN 12 2004 MARIAN W. PAYSON U.S. Magistrate Judge Western District of New York

STIPULATED AMENDED SCHEDULING ORDER

Civil Action No.
02-CV-6012CJS

      Upon agreement between the attorneys for all parties to this action, it is hereby stipulated as follows:

      1.    All factual discovery in this case, including depositions, shall be completed on or before April 30, 2004. All motions to compel discovery shall be filed at least thirty (30) days prior to the factual discovery cutoff.

      2.    Each party shall:

      (a) identify any expert witnesses through interrogatories and provide reports pursuant to Fed.R.Civ.P. 26 by May 28, 2004 for issues on which that party has the burden of proof;

      (b) each party shall identify any rebuttal witnesses through interrogatories and provide rebuttal reports pursuant to Fed.R.Civ.P. 26 by June 30, 2004; and

      (c) all discovery relating to experts, including depositions, shall be completed by July 30, 2004.

      3.    The deadline for each party to file an opening brief on the issue of claim interpretation shall be August 27, 2004.

4. The deadline for each party to file a responding brief on the issue of claim interpretation shall be September 24, 2004.

5. The parties request that the deadline for filing dispositive motions be set following the Court's ruling on claim interpretation.

Dated: December 29, 2003
Rochester, New York

HARRIS BEACH LLP

By: _____
Neal L. Slifkin
Attorneys for Plaintiff
99 Garnsey Road
Pittsford, New York 14534

YOUNG & BASILE, P.C.

By: _____
Marshall G. MacFarlane
Attorneys for Defendant
2001 Commonwealth Blvd., Suite 301
Ann Arbor, Michigan 48105

**IT IS SO ORDERED.**

_____
MARIAN W. PAYSON
United States Magistrate Judge

L:\LA\dancorp_amd order_001.doc
12/19/2003 10:04:25 AM