UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

IZZO GOLF INC., f/k/a Dancorp Investors, Inc.,

        Plaintiff,

v.

KING PAR CORPORATON,
a Michigan corporation,

        Defendant.

MOTION SCHEDULING ORDER

02-CV-6012CJS

---

    A motion to quash subpoenas duces tecum [#53] having been filed on November 8, 2004 by the defendant in the above-captioned case, it is hereby

    ORDERED, that any responding papers submitted in connection with this motion be filed and served on or before **November 8, 2004**; and it is further

    ORDERED, that the time for service and the content of papers must be in accordance with Local Rules of Civil Procedure, Rules 7.1 and 5.2 **(papers not in compliance will not be considered)**; and it is further

    ORDERED, that oral argument will be heard before the undersigned on **November 15, 2004, at 11:00 a.m.** at 2310 United States Courthouse, 100 State Street, Rochester, New York; and it is further

ORDERED, THAT ONE COURTESY COPY OF EACH FILING BE PROVIDED TO THE COURT.

*[signature]*
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
       October 18, 2004