UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

IZZO GOLF, Inc., formerly known as
Dancorp Investors, Inc.,

        Plaintiff,        PRETRIAL CONFERENCE
                                      ORDER
                                      02-CV-6012 CJS

KING PAR GOLF INCORPORATED
doing business as Knight Golf Company, et al.,

        Defendants.

_____

        The Court having been advised that the matter is ready for trial, it is hereby

        ORDERED, that counsel shall be present for a pretrial conference to clarify the issues that remain to be tried, to set a trial date, and to discuss possible settlement, in chambers on **December 21, 2009 at 3:45 p.m.,** 1360 U.S. Courthouse, 100 State Street, Rochester, New York, and it is further

        ORDERED, that along with counsel, representatives with full settlement authority be present at that time, or in the alternative, be available by telephone.

        IT IS SO ORDERED.

Dated: Rochester, New York
       December 1, 2009

                                                  ENTER:


                                        /s/ Charles J. Siragusa
                                        CHARLES J. SIRAGUSA
                                        United States District Judge