# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IZZO GOLF, INC., <br> f/k/a Dancorp Investors, Inc., <br><br>            Plaintiff, <br><br>     v. <br><br> KING PAR GOLF INCORPORATED <br> D/B/A KNIGHT GOLF COMPANY, <br><br>            Defendant. | Civil Action No. <br> 02-CV-6012 (CJS)(MWP) |

## DEFENDANT'S NOTICE OF MOTION IN SUPPORT OF MOTION TO STAY

PLEASE TAKE NOTICE that Defendant King Par Golf Incorporated d/b/a Knight Golf Company, by and through their attorneys Nixon Peabody LLP, will move the Court before the Honorable Charles J. Siragusa, U.S. Courthouse, 100 State Street, Rochester, New York 14614, on a date and at time to be set by the Court, for an Order staying the litigation pending the outcome of reexamination proceedings in the U.S. Patent and Trademark Office.

In support of this Motion, Defendant is concurrently filing a Brief in support.

Defendant intends to file and serve reply papers and Plaintiff is therefore required to file and serve opposing papers at least fourteen (14) business days prior to the return date.

1281059.1

- 2 -

Dated this 8th day of December, 2009.

        Respectfully submitted,

        **NIXON PEABODY LLP**

        By:   /s/ Andrew P. Zappia
        Andrew P. Zappia
        1100 Clinton Square
        Rochester, NY  14604
        Tel.:  (585) 263-1000
        Email:  azappia@nixonpeabody.com

        Marshall G. MacFarlane (P27296) (admitted *pro hac vice*)
        **YOUNG BASILE**
        301 E. Liberty, Suite 680
        Ann Arbor, Michigan  48104
        Tel:  (734) 662-0270
        Email:  macfarlane@youngbasile.com

        Attorneys for Defendant
        King Par Golf Incorporated d/b/a
        Knight Golf Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December 2009, I electronically filed the foregoing **DEFENDANT'S NOTICE OF MOTION IN SUPPORT OF MOTION TO STAY** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

> **Neal L. Slifkin**
> **Paul J. Yesawich , III**
> Harris Beach LLP
> 99 Garnsey Road
> Pittsford, NY 14534
> Tel:  585-419-8636
> Fax:  585-419-8813
> Email:  nslifkin@harrisbeach.com
> Email:  pyesawich@harrisbeach.com
>
> Attorneys for Plaintiff

                                            /s/ Andrew P. Zappia
                                            Andrew P. Zappia